# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

AMBROSIO DAVID ROMERO-SARABIA,

        Defendant.

**APPEARANCE**

Case Number: 08MJ2029

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   AMBROSIO DAVID ROMERO-SARABIA

   I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/8/2008 | /s/ SHAFFY MOEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD   238732 |
| | Print Name   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 8, 2008                                                                    /s/  Shaffy Moeel
                                                                                                 SHAFFY MOEEL
                                                                                                 Federal Defenders of San Diego, Inc.
                                                                                                 225 Broadway, Suite 900
                                                                                                 San Diego, CA 92101-5030
                                                                                                 (619) 234-8467  (tel)
                                                                                                 (619) 687-2666  (fax)
                                                                                                 e-mail: Shaffy_Moeel@fd.org